JOSEPH TAGG, an Infant, by FLOYD TAGG, His Guardian ad Litem, Respondent, *v.* CITY OF LOCKPORT, Appellant.

FLOYD TAGG, Respondent, *v.* CITY OF LOCKPORT, Appellant.

(Argued June 11, 1930; decided July 8, 1930.)

*George C. Lewis, Corporation Counsel,* for appellant.

*J. Wesley Andrews* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.